Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of Arizona

Case number (if known):_____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Steak and Stone LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

4 7 – 5 3 1 2 2 2 1

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2613 N. Thunderbird Cir | |
| Number     Street | Number     Street |
| | P.O. Box |
| Mesa, AZ 85215 | |
| City          State   ZIP Code | City          State   ZIP Code |
| Maricopa | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number     Street |
| | |
| | City          State   ZIP Code |

**5. Debtor's website (URL)**    steakandstone.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 2:23-bk-02243   Doc 1   Filed 04/07/23   Entered 04/07/23 17:37:30   Desc Main
Document     Page 1 of 4

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   7    2    2    5 |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District_____ When_____ Case number _____<br>                        MM / DD / YYYY<br>       District_____ When_____ Case number _____<br>                        MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District_____ When _____<br>                                  MM / DD / YYYY<br>       Case number, if known _____ |

Case 2:23-bk-02243    Doc 1    Filed 04/07/23    Entered 04/07/23 17:37:30    Desc Main
Document     Page 2 of 4

Debtor    Steak and Stone LLC _____    Case number *(if known)* _____
                Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ❏ No |
|---|---|
| | ☑ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ❏    It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ |
| | ❏    It needs to be physically secured or protected from the weather. |
| | ❏    It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☑    Other  Funds in Western Bank Account Subject to Garnishment _____ |
| | **Where is the property?** _____ |
| | Number          Street |
| | _____ |
| | _____  _____  _____ |
| | City                                   State      ZIP Code |
| | **Is the property insured?** |
| | ☑  No |
| | ❏  Yes.  Insurance agency __ Contact name _____ |
| | Phone _____ |

| **Statistical and administrative information** | |
|---|---|

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ❏ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ❏ 50-99 | ❏ 1,000-5,000 | ❏ 5,001-10,000 | ❏ 25,001-50,000 | ❏ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ❏ 100-199 | ❏ 200-999 | ❏ 10,001-25,000 | | ❏ More than 100,000 | |

| 15. Estimated assets | ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

Official Form 201    Case 2:23-bk-02243    Doc 1    Filed 04/07/23    Entered 04/07/23 17:37:30    Desc Main    page **3**
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**
                                                    Document        Page 3 of 4

Debtor    Steak and Stone LLC _____     Case number *(if known)* _____
        Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/07/2023 _____
         MM/ DD/ YYYY

**X**   /s/ David Storrs _____        _____ David Storrs _____
    Signature of authorized representative of debtor        Printed name

Title _____ Owner _____

**18. Signature of attorney**

**X** _____ /s/ Jim Gaudiosi _____    Date __ 04/07/2023 _____
    Signature of attorney for debtor                MM/ DD/ YYYY

  Jim Gaudiosi _____
Printed name

  Jim Gaudiosi, Attorney at Law PLLC _____
Firm name

  17505 N. 79th Ave Suite 207 _____
Number       Street

  Glendale _____ AZ _____ 85308 _____
City                    State       ZIP Code

  (623) 777-4760 _____     jim@gaudiosilaw.com _____
Contact phone                Email address

  031321 _____     AZ _____
Bar number                  State

Official Form 201    Case 2:23-bk-02243    Doc 1   Filed 04/07/23   Entered 04/07/23 17:37:30   Desc Main     page **4**
              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**
                         Document     Page 4 of 4